# MEMORANDUM DECISIONS.

ADAMS, Respondent, v. NEW JERSEY. STEAMSHIP CO., Appellant. (Common Pleas of New York City and County, General Term. December 3, 1894.) Action by Henry C. Adams against the New Jersey Steamship Company. W. P. Prentice, for the motion. Gibson & Davis, opposed.

PRYOR, J. In the well-considered opinion at general term (29 N. Y. Supp. 56), the judgment was upheld not only by argument, but by authority conclusive on the court. The point involved, diversely decided in other states, does not appear to have been adjudicated by our own tribunal of last resort; and, as it is obviously of great importance to a very large interest, we think it should be passed upon by the court of appeals. The defendant, therefore, is allowed to prosecute the appeal further, but upon one point only, namely, the liability of the defendant under the circumstances in evidence. The order will be so drawn. Motion granted, without costs.

ALBANY EXCH. SAV. BANK v. PATTERSON et al. (Supreme Court, General Term, Third Department. December 4, 1894.) Action by the Albany Exchange Savings Bank against Alexander A. Patterson and others. No opinion. Order affirmed, with $10 costs and printing and other disbursements.

AMEY, Respondent, v. KNIGHTS OF SOBRIETY, FIDELITY & INTEGRITY, Appellant. (Supreme Court, General Term, Fourth Department. September Term, 1894.) Action by Jesse W. Amey against the Knights of Sobriety, Fidelity & Integrity. No opinion. Judgment and order affirmed, with costs.

AUSTIN, Respondent, v. FONDA LAKE PAPER CO. et al., Appellants. (Supreme Court, General Term, Fourth Department. July Term, 1894.) Action by Richard L. Austin against the Fonda Lake Paper Company and others. No opinion. Order affirmed.

AVERY v. DUFFY, Sheriff. (Supreme Court, General Term, Second Department. December 10, 1894.) Action by Thomas N. Avery against John Duffy, sheriff of Westchester county. No opinion. Judgment affirmed, with costs. All concur.

AYRES v. DELAWARE, L. & W. RY. CO. (Supreme Court, General Term, Fourth Department. September Term, 1894.) Action by Emma F. M. Ayres against the Delaware, Lackawanna & Western Railway Company. No opinion. Motion denied. See 28 N. Y. Supp. 789.

BAIN, Appellant, v. CAULDWELL, Respondent. (Supreme Court, General Term, First Department. January 18, 1895.) Action by Horatio N. Bain against Charles B. Cauldwell. H. B. Ketchum, for appellant. C. M. Demond, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

BAIRD, Respondent, v. SPENCE, Appellant. (Common Pleas of New York City and County, General Term. November 14, 1894.) Action by Matthew Baird, as assignee, etc., against John Spence. For decision of general term of city court, from which appeal was taken, see 28 N. Y. Supp. 774. John Mulholland (James Kearney, of counsel), for appellant. J. Woolsey Shepard, for respondent.

PER CURIAM. The case was tried by the court without a jury, and there are no exceptions to findings of fact or law; there is therefore nothing for us to review. This cause was tried and decided before the legislature dispensed with findings in such cases. Appeal dismissed.

In re BAXTER'S ESTATE. BATES, Appellant, v. BAILEY, Respondent. (Supreme Court, General Term, Fourth Department. September Term, 1894.) Accounting by Clarence M. Bates, as executor of Uriah Baxter. No opinion. Decree of the surrogate's court, so far as appealed from, affirmed, without costs to either party to the appeal.

BECKWITH, Appellant, v. NEW YORK, O. & W. R. CO., Respondent. (Supreme Court, General Term, Fourth Department. September Term, 1894.) Action by Mary E. Beckwith, as administratrix, etc., against New York, Ontario & Western Railroad Company. No opinion. Judgment and order reversed, and a new trial ordered, with costs to abide the event. Held, that whether the intestate was free from contributory negligence, and whether defendant was guilty of negligence, were questions of fact, which should have been submitted to the jury.

BECRAFT, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, General Term, Fourth Department. July Term, 1894.) Action by Mary E. Becraft, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

BLANCHARD, Appellant, v. TOMPKINS, Respondent. (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by Emma Blanchard against Amos J. Tompkins. No opinion. Judgment of the county court of Chautauqua county appealed from affirmed.

BLASIER, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, General Term, Fourth Department. July Term, 1894.) Action by Ira C. Blasier against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

BOX et al., Respondents, v. COSTELLO, Appellant. (Superior Court of Buffalo, General Term. July, 1894.) Action by Henry W. Box and others against John H. Costello. No opinion. Judgment affirmed, with costs. See 27 N. Y. Supp. 293.

BRAMAN, Respondent, v. STEVENS et al., Appellants. (Supreme Court, General Term, Fifth Department. December 27, 1894.) Action by Martha Braman against William E. Stevens and others, executors, etc. No opinion. Motion for reargument denied. See 29 N. Y. Supp. 526.